**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-1130**

---

DORIS R. MURRAY,

                                 Plaintiff - Appellant,

     versus

UNIVERSITY OF MARYLAND MEDICAL SYSTEM,

                                 Defendant - Appellee,

     and

CHARLES WILSON; JAMES WALL, SR.,

                                 Defendants.

---

Appeal from the United States District Court for the District of Maryland, at Baltimore. William M. Nickerson, District Judge. (CA-95-121-WMN)

---

Submitted: October 20, 1997    Decided: November 12, 1997

---

Before HALL, WILKINS, and WILLIAMS, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Doris R. Murray, Appellant Pro Se. Peter David Guattery, WHITEFORD, TAYLOR & PRESTON, Baltimore, Maryland, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Doris R. Murray appeals the district court's order granting summary judgment to her former employer, the University of Maryland Medical System, in Murray's pro se action alleging that she was unlawfully retaliated against for having availed herself of the dispute resolution process accorded her by Title VII of the Civil Rights Act of 1964. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. Murray v. University of Maryland Med. Sys., No. CA-95-121-WMN (D. Md. Jan. 17, 1997). We deny Murray's motion for appointment of counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED